IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUYFIGURE.COM., INC. and DAVID W. KERN, : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> R.M. HOLLENSHEAD AUTO SALES & : <br> LEASING, INC., et al., : <br> Defendants. : <br> : | CIVIL ACTION <br><br> No. 07-4680 |

## ORDER

**AND NOW**, this 20th day of December, 2010, upon consideration of the "Motion for Summary Judgment of Defendants R.M. Hollenshead Auto Sales & Leasing, Inc., Ebuyfigure.com, Inc., and Robert M. Hollenshead," (doc. no. 39), Defendant Ronald M. Cureton's joinder therein (doc. no. 44), the respective responses thereto, and for the reasons stated in accompanying Memorandum, it is hereby **ORDERED** that Defendants' motion is **GRANTED.** Additionally, upon consideration of "Plaintiffs' Motion for Leave to File Amended Complaint," (doc. no. 55), Defendants' response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' motion is **DENIED**.

Judgment is entered in favor of Defendants and against Plaintiffs. The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**